IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10CV26-03-MU

| | | |
|---|---|---|
| JOSEPH MICHAEL GRIFFITH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| SIDNEY HARKLEROAD, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

   **THIS MATTER** comes before the Court upon "Petitioner's Opposition to Respondent's

Motion for Summary Judgment" filed February 23, 2010 (Doc. No. 8.)  After careful review of

Petitioner's Opposition, the undersigned finds that the Attorney General should file a Reply brief.

   **THEREFORE, IT IS HEREBY ORDERED** that no later than twenty (20) days from

the filing of this Order, the Attorney General shall file a Reply brief to Petitioner's Opposition.


   **SO ORDERED**.


                              Signed: March 1, 2010

                              Graham C. Mullen
                              United States District Judge