# United States District Court
# For The Western District of North Carolina
# Asheville Division

JOSEPH MICHAEL GRIFFITH,

    Petitioner,

vs.

SIDNEY HARKLEROAD,

    Respondent.

JUDGMENT IN A CIVIL CASE

1:10CV26-03-MU

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 3/19/2010 Order.

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court

Signed: March 19, 2010